IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **SCOTT SWISHER;**<br>**CARRIE SWISHER,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**NISSAN MOTOR ACCEPTANCE**<br>**CORPORATION; RESOLVION,**<br>**LLC; ALLSTAR RECOVERY,**<br>**LLC,**<br><br>    **Defendants.** | **CIVIL ACTION NO.:**<br>**4:21-CV-00795-CLM**<br><br>**UNOPPOSED** |

**UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO FILE RESPONSIVE PLEADING**

COMES NOW the defendant described in the Plaintiffs' Complaint as Resolvion, LLC ("Resolvion") and moves this Honorable Court to enter an order to permit this Defendant an additional fourteen (14) days from the date of this filing in which to file a responsive pleading. As grounds for an in support of this motion, Defendant submits that the undersigned has conferred with counsel for Plaintiff, who has no objection to this extension.

Respectfully submitted on this the 28th day of July, 2021.

/s/ John W Johnson II
John W Johnson II
Attorney for Defendant Resolvion, LLC

OF COUNSEL:

**CHRISTIAN & SMALL LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone:  (205) 795-6588
Facsimile:   (205) 328-7234
jwjohnson@csattorneys.com

## CERTIFICATE OF SERVICE

    I hereby certify that on **July 28, 2021** I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM/ECF system which will send notification of same to all parties of record, and those not registered with the CM/ECF system have been served at their regular mailing address via U.S. Mail, postage prepaid.

    John C. Hubbard
    **JOHN C. HUBBARD, LLC**
    P.O. Box 953
    Birmingham, AL 35201
    jch@jchubbardlaw.com

    Nissan Motor Acceptance Corporation
    PRENTICE HALL CORPORATION SYSTEM, INC.
    641 South Lawrence Street
    Montgomery, AL 36104

    Allstar Recovery, LLC
    CAPITOL CORPORATE SERVICES INC.
    2 North Jackson Street, Suite 605
    Montgomery, AL 36104

                                    /s/ John W Johnson II_____
                                    OF COUNSEL