IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **SCOTT SWISHER, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CASE NO.: 4:21-cv-00795-CLM |
| | ) |
| **NISSAN MOTOR ACCEPTANCE** | ) |
| **CORPORATION, et al,** | ) |
| | ) |
| **Defendants.** | ) |

## SCHEDULING ORDER

This order is entered based upon the scheduling worksheet that the court sent to the parties for consent. This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

The dates and deadlines in this case are set forth below:

| Event | Date/Deadline |
|---|---|
| Initial Disclosures | December 1, 2021 |
| Deadline to Amend Pleadings (parties, counts, etc.) | Plaintiff: March 1, 2022<br>Defendant: April 1, 2022 |
| Expert Reports | Plaintiff Reports: August 21, 2022<br>Defendant Reports: September 30, 2022 |
| Rule 26(e) Supplementation | Follow Rule 26(e)(1)(A) |
| All discovery complete (Written discovery and Depositions, including experts) | November 1, 2022 |

| | |
|---|---|
| Status Conference (telephone) | November 8, 2022 at 9:30 AM CT<br>*Use Call-in Information Below* |
| Dispositive motions | December 5, 2022<br>*Follow Appendix II* |
| Witness and Exhibit Lists | March 10, 2023 |
| Motions in Limine | MILs: March 7, 2023<br>Responses: March 24, 2023<br>*Follow Appendix IV* |
| Pretrial Conference | March 31, 2023 at 10:00 AM CT<br>in Anniston |
| Trial Date | May 1, 2023 at 9:00 AM CT<br>in Anniston (4 to 6 days) |

The discovery limits in this case are set forth below:

| Form of Discovery | Limitations |
|---|---|
| Interrogatories | 40 max each, responses due within 30 days of service |
| Requests for Admissions | 40 max each, responses due within 30 days of service |
| Requests for Production | 40 max each, responses due within 30 days of service |
| Depositions | 10 max each, limited to 6 hours |

Please use the following call-in information for all telephone conferences: dial (877) 873-8018 and use access code 6714714. All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order. All motions in limine, and all responses thereto, must comply with all requirements of Appendix IV to this court's Uniform Initial Order. This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** on November 30, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE