# EXHIBIT 1-1




## MOTOR VEHICLE RECORD REQUEST RESPONSE

**Vehicle Information**

| VIN | Year | Make | Model | Body Style | Color | Title Issued Date | Title Document Number |
|---|---|---|---|---|---|---|---|
| 1N4AA6AP7HC455086 | 2017 | NISS | MAX | 4D | BLU | 01/31/2018 | 10130243121250023 |

| Current License Plate | Issued | Expires | Old Plate | Expired | Vehicle Class | Plate Age | Fee |
|---|---|---|---|---|---|---|---|
| KKS3943 | 01/06/2020 | DEC/2020 | KKS3943 | DEC/2019 | PASS | 3 | $75.25 |

| Type of Plate | Reg Class | County | Empty Wt | Gross Wt | Odometer | Sale Price |
|---|---|---|---|---|---|---|
| PASSENGER-TRUCK PLT | 25 | HARRIS | 3600 | 3600 | 4 | $31,300.00 |

**Current Owner Information**

| Owner Name(s): | SHIRLEY MARIE LIGONS |
| Address: | 5931 CASCADERA DR |
| City/State/Zip/Country: | HOUSTON   TX 77086 |

**Renewal Recipient Information**

| Recipient Name: | SHIRLEY MARIE LIGONS |
| Address: | 5931 CASCADERA DR |
| City/State/Zip: | HOUSTON   TX 77086 |

**Vehicle Location Information (If different from above)**

Address:
City/State/Zip:

**Lienholder Information as Reflected on Current Title Record**   Note: This document may not reflect all liens.

| 1st Lienholder: | NISSAN MOTOR ACCEPTANCE CORP. | Lien Date: | 12/29/2017 |
| Address: | PO BOX 254648 | | |
| City/State/Zip/Country: | SACRAMENTO   CA 95865 | | |

| 2nd Lienholder: | | Lien Date: | |
| Address: | | | |
| City/State/Zip/Country: | | | |

| 3rd Lienholder: | | Lien Date: | |
| Address: | | | |
| City/State/Zip/Country: | | | |

**Previous Owner Information**

| Name: | FRED HAAS NISSAN, L.P. | City: | TOMBALL | State: | TX |
| Title Number: | | Jurisdiction: | | Issued: | | VIN: | |

**Remarks**

TITLE SURRENDERED TO: LA ON 12/12/2020.ACTUAL MILEAGE.E-TITLE.E-REMINDER & PAPER RENEWAL NOTICE. DATE OF ASSIGNMENT: 12/29/2017.

**Certification:**

[X] The data included in this document represents the current duly recorded information regarding this motor vehicle at the time of inquiry. This is to certify that this document contains true and correct information as shown by the Vehicle Titles & Registration Division of the Texas Department of Motor Vehicles.

[ ] This is to certify that the Texas Department of Motor Vehicles files reflect no record for the above referenced vehicle.

Date of Certification: August 27, 2021

Attested by: *[signature]*
Roland D. Luna, Sr., Director
Vehicle Titles and Registration Division

ORIGINAL   Emp: FALVARA298AC   Trans: 29824044433090507
VTR-500-RTS (REV. 10/2016) DHT 157490

NMAC0001