FILED
2022 Jun-09 PM 08:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1-3



**CERTIFICATE OF ORIGIN FOR A VEHICLE**

NISSAN

DATE SEPTEMBER 26, 2017    INVOICE NO. 497465-32

VEHICLE IDENTIFICATION NO.    YEAR    MAKE
1N4AA6AP7HC-455084    2017    NISSAN

BODY TYPE    SHIPPING WEIGHT
NISSAN MAXIMA 3.5 SL 4-DOOR    3480

H.P.    G.V.W.R.    NO. CYLS.    SERIES OR MODEL
300    4641    6    1N4AA6AP7HC

50 STATE EMISSIONS EQUIPPED VEHICLE. MAY BE SOLD AND
REGISTERED AS NEW VEHICLE IN ANY STATE OF THE U.S.

**SURRENDERED**

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.
FRED HAAS NISSAN, L.P.
d/b/a FRED HAAS NISSAN
24202 TOMBALL PKWY SH249
TOMBALL    TX 77375

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**NISSAN NORTH AMERICA, INC.**

N30170318

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)

11726901493 — 5345
16317

**FRANKLIN, TENNESSEE**
CITY - STATE

NMAC0004

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that this vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle. FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

## DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1

NAME OF PURCHASER(S): **SHIRLEY MARIE LIGONS**
ADDRESS: **5931 CASCADERA DR HOUSTON, TX 77086**
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: **FRED HAAS NISSAN**    BY _____    P116885
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me
State of: **TEXAS**
County of: **HARRIS**
on this date **29th DEC 2017**
Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the **SURRENDERED** _____ No Tenths
DEALER _____ BY _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me
State of: _____
County of: _____
on this date _____
Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____ BY _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me
State of: _____
County of: _____
on this date _____
Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4

NAME OF PURCHASER(S): _____
ADDRESS: _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____ BY _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me
State of: _____
County of: _____
on this date _____
Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## ODOMETER DISCLOSURE FOR RETAIL SALE

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage — WARNING ODOMETER DISCREPANCY

Signature(s) of Seller(s) _____
Printed Name(s) of Seller(s) _____ Dealer's No _____
Signature of Purchaser(s) _____
Printed Name(s) of Purchaser(s) _____
Company Name (if Applicable) _____
Address of Purchaser(s) _____

Date of Statement _____ Date of Sale _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me
on this date _____
Notary Public
State of _____
County of _____
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## LIENHOLDER

1st lien in favor of _____
whose address is _____
2nd lien in favor of _____
whose address is _____

REV 4/99

NMAC0005