# EXHIBIT 1-5

**WEB DEALER ORIGINAL TITLE**

1N4AA6AP7HC455086

10130243121250023

COUNTY: HARRIS
PLATE NO: KKS3943
DOCUMENT NO: 10130243121250023

TAC NAME: ANN HARRIS BENNETT
DATE: 01/22/2018      EFFECTIVE DATE: 01/22/2018
TIME: 02:39PM         EXPIRATION DATE: 12/2019
USER: 101-JMACIA5     WEB TITLE ID: 4107362

RENEWAL RECIPIENT NAME AND ADDRESS
SHIRLEY MARIE LIGONS
5931 CASCADERA DR
HOUSTON, TX 77086

OWNER NAME AND ADDRESS
SHIRLEY MARIE LIGONS
5931 CASCADERA DR
HOUSTON, TX 77086

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER-TRUCK PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1N4AA6AP7HC455086    VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2017/NISS  MODEL: MAX  BODY STYLE: 4D   UNIT NO:
EMPTY WT: 3600   CARRYING CAPACITY: 0   GROSS WT: 3600   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                  TVL TRLR L/W/SQFT: 0'0"
PREV OWNER NAME: FRED HAAS NISSAN, L.P.   PREV CITY/STATE: TOMBALL, TX

INVENTORY ITEM(S)                        YR
PASSENGER-TRUCK PLT
WINDSHIELD STICKER                       2019

VEHICLE RECORD NOTATIONS
ACTUAL MILEAGE
E-TITLE
E-REMINDER & PAPER RENEWAL NOTICE
MAJOR COLOR: BLUE

FEES ASSESSED
TITLE APPLICATION FEE            $    13.00
TEXAS MOBILITY FUND FEE          $    20.00
SALES TAX FEE                    $   737.50
BUYERS TAG                       $     5.00
TITLE CONVENIENCE FEE            $     0.00
WINDSHIELD STICKER               $   101.50
REG FEE-DPS                      $     2.00
CNTY ROAD BRIDGE ADD-ON FEE      $    20.00
CHILD SAFETY FUND                $     3.00
INSPECTION FEE-2YR               $    16.75
PROCESSING AND HANDLING FEE      $     4.75
                       TOTAL     $   923.50

ODOMETER READING: 4      BRAND: A
OWNERSHIP EVIDENCE: MANUFACTURER'S CERT. OF ORIGIN
1ST LIEN         DATE: 12/29/2017
NISSAN MOTOR ACCEPTANCE CORP.
PO BOX 254648
SACRAMENTO, CA 95865

                                 SALES TAX CATEGORY: SALES/USE

2ND LIEN            Date of Assignment/Sales Tax Date: 12/29/2017
                    Sales Price (Less $4,000.00 rebate) $  31,300.00
                              Less Trade In Allowance   $  19,500.00
3RD LIEN                            Taxable Amount      $  11,800.00
                                    Sales Tax Paid      $     737.50
                    Less Other State Tax Paid           $       0.00
                                    Tax Penalty         $       0.00
                                    TOTAL TAX PAID      $     737.50

TITLE WILL BE ELECTRONICALLY FILED WITH THE LIENHOLDER.
THIS RECEIPT IS YOUR PROOF OF APPLICATION FOR CERTIFICATE OF TITLE AND REGISTRATION.

**KKS3943**

**12  19**

HARRIS    HC455086

**VOID**
DO NOT USE/
NO USE

NMAC0002