**FILED**
2022 Jun-09  PM 08:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

CARFAX Vehicle History Report for this 2017 NISSAN MAXIMA 3.5S/SV/SL/SR/PLAT: 1N4A...   Page 1 of 5

Shannon Cureton (B240718)
Irving, TX





This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/7/22 at 5:57:36 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

| **CARFAX** Ownership History The number of owners is estimated | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Year purchased | 2018 | 2020 | 2021 |
| Type of owner | Personal | Personal | Personal |
| Estimated length of ownership | 2 yrs. 10 mo. | 2 months | 10 months |

**NMAC0016**

CARFAX Vehicle History Report for this 2017 NISSAN MAXIMA 3.5S/SV/SL/SR/PLAT: 1N4A... Page 2 of 5

| Owned in the following states/provinces | Texas | See Details | Alabama |
|---|---|---|---|
| Estimated miles driven per year | 29,346/yr | --- | --- |
| Last reported odometer reading | 61,909 | 67,700 | --- |

## C|A|R|F|A|X Title History
CARFAX guarantees the information in this section

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ☑ Guaranteed No Problem | ☑ Guaranteed No Problem | ☑ Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | ☑ Guaranteed No Problem | ☑ Guaranteed No Problem | ☑ Guaranteed No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms

## C|A|R|F|A|X Additional History
Not all accidents / issues are reported to CARFAX

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Total Loss<br>No total loss reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported | ☑ No Issues Reported |
| Structural Damage<br>No structural damage reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported | ☑ No Issues Reported |
| Airbag Deployment<br>No airbag deployment reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported | ☑ No Issues Reported |
| Odometer Check<br>No indication of an odometer rollback. | ☑ No Issues Indicated | ☑ No Issues Indicated | ☑ No Issues Indicated |
| Accident / Damage<br>No accidents or damage reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported | ☑ No Issues Reported |
| Manufacturer Recall<br>Check with an authorized Nissan dealer for any open recalls. | ☑ No Recalls Reported | ☑ No Recalls Reported | ☑ No Recalls Reported |

## C|A|R|F|A|X Detailed History

### Owner 1
Purchased: 2018

Personal Vehicle
29,346 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 09/13/2017 | | NICB | Vehicle manufactured and shipped to Texas |
| 09/28/2017 | | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>🏆 957 Customer Favorites | Vehicle offered for sale |
| 10/04/2017 | 3 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅ | Vehicle serviced<br>- Pre-delivery inspection completed<br>- Window tint installed<br>- Vehicle washed/detailed<br>- Emissions or safety inspection performed |

**NMAC0017**

♥ **957** Customer Favorites

| 01/06/2018 | 4 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>♥ 957 Customer Favorites | **Vehicle sold** |
|---|---|---|---|
| 01/22/2018 | 5 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>♥ 957 Customer Favorites | **Vehicle serviced** |
| 01/31/2018 | | Texas<br>Motor Vehicle Dept.<br>Houston, TX<br>Title #10130243121250023 | **Title issued or updated**<br>- First owner reported<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Blue |
| 04/28/2018 | 4,766 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>♥ 957 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed |
| 06/04/2018 | 6,079 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>♥ 957 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Electrical system checked |
| 09/20/2018 | 15,937 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>♥ 957 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Tires rotated |
| 12/31/2018 | 21,223 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>♥ 957 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed |
| 05/07/2019 | 25,998 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>♥ 957 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Tires rotated<br>- Emissions or safety inspection performed |
| 05/31/2019 | 31,074 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed |

NMAC0018

|  |  | fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>💚 957  Customer Favorites | - Tires rotated<br>- Emissions or safety inspection performed |
|---|---|---|---|
| 09/21/2019 | 36,630 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>💚 957  Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Oil and filter changed |
| 11/30/2019 | 45,800 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>💚 957  Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Tires rotated |
| 01/01/2020 |  | Texas<br>Motor Vehicle Dept.<br>Houston, TX<br>Title #10130243121250023 | Registration issued or renewed<br>- Loan or lien reported<br>- Passed safety inspection<br>- Vehicle color noted as Blue |
| 01/02/2020 | 49,962 | Texas<br>Inspection Station<br>Houston, TX | Passed emissions inspection |
| 01/10/2020 |  | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>💚 957  Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed |
| 02/01/2020 | 54,290 | Take 5 Oil Change<br>Houston, TX<br>281-405-0095<br>take5oilchange.com<br>⭐ 4.8 / 5.0<br>64 Verified Reviews ✅<br>💚 215  Customer Favorites | Vehicle serviced<br>- Oil and filter changed |
| 03/11/2020 | 61,909 | Fred Haas Nissan<br>Tomball, TX<br>281-516-6700<br>fredhaasnissan.com<br>⭐ 4.7 / 5.0<br>269 Verified Reviews ✅<br>💚 957  Customer Favorites | Vehicle serviced<br>- Oil and filter changed |

### Owner 2
Purchased: 2020                                                                 Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 12/01/2020 |  | Louisiana<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 12/10/2020 | 67,602 | Louisiana<br>Motor Vehicle Dept.<br>Lake Charles, LA | Title issued or updated<br>- New owner reported<br>- Vehicle color noted as Blue |
| 12/23/2020 |  | Arizona<br>Motor Vehicle Dept. | Title issued or updated |

NMAC0019

| | | Tempe, AZ<br>Title #A002378749 | - Dealer took title of this vehicle while it was in inventory |
|---|---|---|---|
| 02/04/2021 | 67,700 | Alabama<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 02/09/2021 | | Alabama<br>Motor Vehicle Dept.<br>Trussville, AL | **Registration issued or renewed**<br>- Vehicle color noted as Blue |

### Owner 3
Personal Vehicle

Purchased: 2021

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 03/02/2021 | | Alabama<br>Motor Vehicle Dept.<br>Trussville, AL<br>Title #105935853 | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported<br>- Vehicle color noted as Blue |
| 09/20/2021 | | Alabama<br>Motor Vehicle Dept.<br>Trussville, AL | **Registration issued or renewed**<br>- Vehicle color noted as Blue |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

---

**C·A·R·F·A·X** Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:   facebook.com/CARFAX   @CARFAXinc   About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2022 CARFAX, Inc., a unit of IHS Markit Ltd. All rights reserved.
1/7/22 5:57:36 PM (CST)

NMAC0020