# EXHIBIT 1-7

| | APPLICANT'S SIGNATURE (IF REQUIRED) | | | | VALIDATED |
|---|---|---|---|---|---|
| Louisiana Department of Public Safety and Corrections Office of Motor Vehicles PO Box 64886 Baton Rouge, LA 70896 | 11/N TT/CODE | 912ELB LICENSE PLATE | 11/2022 EXPIRATION | 1N4AA6AP7HC455086 V.I.N. | 12/10/2020 DATE | 1001 DOMICILE |
| | NISS MAKE | MAX MODEL/WEIGHT | 4D BODY | BLU/ COLOR | 2017 YEAR | 067602 ODOMETER | DL/EIN | ICL CITY LIMITS |
| VEHICLE IS SUBJECT TO LIEN(S) AS FOLLOWS | 4 SCD | MRTO DEALER CODE | 0101 CLASS | SPEC CODES | PRIV AUTO USE | OLD EXP | CITATION DATE |
| Lien Code | | CL FLAGS | | PREVIOUS TITLE | TX STATE OLD LIC NO | EXP |
| Lien Date | U N/U | 12/01/2020 DATE ACQUIRED | CTD EFT | CURRENT LA TITLE | TAXABLE VAL MANUF | 12/01/2020 TAX DATE | 12/10/2020 EFFECTIVE DATE |
| | 6800.00 SPOV OR VALUE | TRADE VALUE | REBATE | 6800.00 TAXABLE VALUE | |

**OWNER'S NAME**
TASHIA MARIE HUBBARD
630 W PRIEN LAKE
LAKE CHARLES   LA 70601   N/T: 1

| 157 OFFICE NUMBER | REPRINT | HCST |
|---|---|---|
| 0930 11452 19 OPER/PID SEQ # | MICROFILM # | BATCH/SEQ # |

TASHIA MARIE HUBBARD
630 W PRIEN LAKE
LAKE CHARLES   LA 70601

STATUS:
LOUISIANA OFFICE OF MOTOR VEHICLES
MICROFILM/IMAGE COPY

**TAX & FEE INFORMATION**

| | | | |
|---|---|---|---|
| ST SALES TAX | 300.56 | LIC FEE | 20.00 |
| ST TAX PNLT | | TOW FEE | |
| ST INTEREST | | LIC CRDT | |
| ST TAX CRDT | | LIC PNLT | |
| ST PNLT CRDT | | LIC TRANSFER | |
| ST VNDRS COMP | | LIC PNLT CRDT | |
| NET ST TAX | 300.56 | NET LIC FEE | 20.00 |
| TOURISM | | 2.04 PARISH FEE | |
| P/M SALES TAX | | 391.00 MTG FEE | |
| P/M TAX PNLT | | MISC FEE | |
| P/M INTEREST | | SERVICE HNDL | |
| P/M OOS TX CRDT | | TITLE FEE | 68.50 |
| P/M PNLT CRDT | | TITLE HNDL | 8.00 |
| P/M VNDRS COMP | | EXP TITLE FEE | 10.00 |
| WHEELCHAIR LIFT | | ADMIN FEE | |
| NET P/M TAX | 391.00 | S.P. FEE | |
| TOTAL TAX | 693.60 | TOTAL FEES | 106.50 |
| **TOTAL: 800.10** | | **REMITTANCE:** | |

NMAC0007

**Louisiana Department of Public Safety and Corrections**
**Office of Motor Vehicles**
P.O. Box 64886, Baton Rouge, LA 70896-4886

NMVTIS ✓

**VEHICLE APPLICATION**

**TO AVOID REJECTION:** Complete all required information

| Field | Value |
|---|---|
| Date Prepared | 12/10/2020 |
| Type of Plate | |
| VIN | 1N4AA6AP7HC455086 |
| Make | NISS |
| License No. | |
| Exp. Date | |
| Body | 4D |
| Color | BLU |
| Year | 2017 |
| Mileage | 67602 |
| Model/Weight | MAX |
| Name of Owner | TASHIA MARIE HUBBARD |
| Driver's License or EIN | TX-44178150 |
| Name of Joint Owner (if applicable) | |

Owner's Principal Residence Address: 630 W PRIEN LAKE
City: LAKE CHARLES   Parish: LA   State/Zip: 70601

Are you residing within the corporate limits of municipality? ☐ YES ☐ NO
Are you residing within a special tax district or ward? ☐ YES ☐ NO   If yes, what ward or district?

☐ Lessee ☐ Mail To ☐ Domicile ☐ Renter ☐ Owner

**VEHICLE IS SUBJECT TO SECURITY AGREEMENT AS FOLLOWS:**

ELECTRONIC LIEN TRANSFER CODE

First Lienholder's Name / Street / City/State/Zip
Second Lienholder's Name / Street / City/State/Zip

| | | | | | |
|---|---|---|---|---|---|
| ☐ New ☑ Used | Date Acquired 12/01/2020 | Tax Date | Previous Title No. 101302431212500023 | State TX | Cost of Vehicle 6,800.00 | Less Trade |
| Title Fee | Lic Plan Credit | | Handling Fee | | Rebate | Tax Value 6,800.00 |

Mortgage Fee / Tax / Tow Fee
License Fee / Tax Penalty / Miscellaneous Fee
Lic Transfer Fee / Interest / Total Fees
License Credit / Vendor's Comp / Total Taxes
License Penalty / Tax Credit / Grand Total

**DUPLICATE TITLE AFFIDAVIT** (Must be signed by owner and notarized.)

The certificate of title issued to me was
☐ lost ☐ mutilated ☐ never received

I make application for a duplicate copy of said certificate and agree to hold the Commissioner harmless if the previous title is obtained by another person.

☐ I give the Commissioner permission to mail the title to the address on this application.

**BE SURE TO SIGN AND DATE**

I do swear or affirm that the information contained in this document is true and correct to the best of my knowledge.

I have and will maintain, during this registration period, vehicle liability insurance (security) required by LRS Title 32:861-865. Failure to maintain as agreed will be a violation of law which may result in criminal prosecution and/or suspension of registration privileges.

If the vehicle being registered is defined as a commercial motor vehicle by the Federal Motor Carrier Safety Regulations and/or Federal Hazardous Material Regulations, by signature below registrant declares knowledge of those federal regulations.

Applicant's Signature / Date: 12-10-2020
Co-Applicant's Signature / Date

Owner(s)'s Signature(s) for Duplicate Title
Witness / Witness
Sworn and subscribed before me this ___ day of ___
Notary Public Signature, Printed Name / ID Number

**AFFIDAVIT OF NON-POSSESSION OF TITLE BY LIENHOLDER**
**Must be signed by lienholder and notarized.**

I hereby swear or affirm that title of above described vehicle showing lien in our favor was ☐ never received ☐ received and surrendered to the owner.

Lienholder's Signature
Witness / Witness
Sworn and subscribed before me this ___ day of ___
Notary Public Signature, Printed Name / ID Number

RECEIVED/REJECTION DATE(S)

**PROOF OF LIABILITY INSURANCE MUST BE FURNISHED AS PROVIDED FOR BY LAW BEFORE THIS FILE CAN BE PROCESSED.**

**TO AVOID PENALTY AND INTEREST:**
File must be submitted within 40 days from the date of purchase. For manufactured houses (mobile homes), file must be submitted by the 20th of the month following the month of delivery.

*Tax Penalty: 5% of sales tax due for 30 days or fraction thereof (not to exceed 25%).
*Interest: 1.25% of sales tax due for 30 days or fraction thereof (no maximum).

DPSMV 1799 (R01/18)

NMAC0008

**NOTICE:**
If a title, license plate, or validation sticker is not received within thirty (30) days after submitting application and fees for such, contact your nearest Office of Motor Vehicles. Departmental policy provides for the issuance of a free replacement within sixty (60) days from the date of issuance. Failure to notify this office timely could result in additional fees being charged.

**A. CONVERSION**

Old License Plate Number _____    New License Plate Number _____

Use _____    Use _____

Weight _____    Weight _____

**B. TRANSFER OF PLATE**

License plate _____ has been removed from a _____
YEAR    MAKE    VIN

and transferred to the vehicle described on the first page of this form. License plate returned is _____

**C. LOST, STOLEN, OR REPLACEMENT**   ☐ PLATE   ☐ STICKER   License Plate Number _____

**D. TITLE CORRECTION**

Error: _____

Correct To: _____

**E. FARM USE STATEMENT**

I do declare that I am a bona fide farmer and am in the business of farming; that the vehicle described on the first page of this form is used primarily, but not exclusively, in hauling farm produce raised on my farm, from such farm to market and return therefrom; hauling merchandise to my farm and that this vehicle will not be used to haul another person's farm produce or other products for a fee or compensation. Said farm is located at:

| RFD | Box | City | Parish | Zip |
|---|---|---|---|---|
|   |   |   |   |   |

Owner's Signature _____

**F. OUT OF STATE DECLARATION**

I, _____ declare that the  NISS _____
(Printed name of owner)      MAKE    MODEL    VIN

was domiciled in Louisiana on _____.

**G. DISCLOSURE OF SALVAGE / RECONSTRUCTED / WATER DAMAGED / HAIL-DAMAGED**

I, _____ swear under penalties of perjury that:
(Printed name of owner)

the title covering the vehicle, _____, in accordance with
MAKE    MODEL    VIN

Louisiana R.S. 32:706.1, has been branded:   ☐ Salvaged Vehicle   ☐ Reconstructed Vehicle

In accordance with Louisiana R.S. 32:789, the undersigned confirm that the above referenced vehicle has sustained water damage to the following extent: _____

In accordance with Louisiana R.S. 32:781, the undersigned confirm that the above referenced vehicle has sustained water damage to the following components:

☐ Power Train    ☐ Computer    ☐ Electrical System

In accordance with Louisiana R.S. 32:702(13), the undersigned confirm that the above referenced vehicle has sustained only cosmetic damage caused by hail, equivalent to seventy-five percent or more of its market value as a result of costs or repairs to items such as windshield, windows, and rear glass; exterior paint and paint materials; and body damage such as dents.

☐ Hail-Damaged

Signed by _____ under penalties of perjury this day of _____
(Signature of vehicle owner)
, 20 _____

False statements are punishable by fine, imprisonment or both under R.S. 32:730.