# EXHIBIT 1-8

Upon sale of this vehicle, the purchaser must apply for a new title within 20 working days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK FOR ADDITIONAL INFORMATION.

TRIANGLE MOTORS
205 HIGHWAY 96 S
SILSBEE, TX 77656-4805

0139225

▼ DETACH HERE ▼



## TEXAS CERTIFICATE OF TITLE

| Field | Value |
|---|---|
| Vehicle Identification Number | 1N4AA6AP7HC455086 |
| Year Model | 2017 |
| Make of Vehicle | NISS |
| Body Style | 4D |
| Title/Document Number | 101302431212500230 |
| Date Title Issued | 01/31/2018 |
| Weight | 3600 |
| License Number | KKS3943 |
| Previous Owner | TRIANGLE MOTORS SILSBEE TX |
| Odometer Reading | 000004 |
| Remarks | ACTUAL MILEAGE |
| Owner | MELISSA ARD, 9695 SWEETGUM, SILSBEE, TX 77656 |
| Date of Lien | 01/31/2018 |
| 1st Lienholder | TRIANGLE MOTORS, 205 HWY 96 SOUTH, SILSBEE, TX 77656 |
| 1st Lien Released | 6/3/20 TRIANGLE |

NMAC0010

If you would like to protect yourself from liability for certain acts carried out by the purchaser of this vehicle prior to a new title being issued in the purchaser's name, submit completed Form VTR-346 and $5 fee to TxDOT.

FORM VTR-346 may be obtained from any of the following:
- your local County Tax Assessor-Collector's Office
- a Vehicle Titles and Registration Division Regional Office (located in the larger cities in the state)
- by accessing TxDOT's Web site (http://www.dot.state.tx.us)
- by calling TxDOT's Fax Reply number (1-888-232-7033)

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID $10 PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Tasha Marie Hubbard   Street: 620 W. Prien Lake Rd.   City: Lake Charles   State: LA   Zip: [illegible]

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths): 131,000
Date of Sale: 12-1-20
Signature of Seller/Agent: Melissa Ard    Printed Name (same as signature): Melissa Ard
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: [signature]   Printed Name (same as signature): Tasha Marie Hubbard

**FIRST REASSIGNMENT - DEALER ONLY**
[blank fields]

**SECOND REASSIGNMENT - DEALER ONLY**
[blank fields]

**THIRD REASSIGNMENT - DEALER ONLY**
[blank fields]

NMAC0011