# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SCOTT SWISHER, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>NISSAN MOTOR ACCEPTANCE  )<br>CORPORATION, *et al.*,  )<br>  )<br>  Defendants.  ) | 4:21-cv-00795-CLM |

## NISSAN MOTOR ACCEPTANCE COMPANY, LLC'S
## OFFER OF JUDGMENT

Defendant Nissan Motor Acceptance Company, LLC ("NMAC"), pursuant to Rule 68 of the Federal Rules of Civil Procedure, offers to allow Plaintiffs to take judgment against it in the amount of twenty-five thousand and 00/100 dollars ($25,000.00). This sum includes all costs and reasonable attorneys' fees. In no event shall this offer be construed as offering to pay more than $25,000.00 under any circumstances.

NMAC makes this offer of judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, which Rule 68(b) deems automatically withdrawn unless Plaintiffs serve a written notice of acceptance of the offer within 14 days.

/s/ T. Dylan Reeves
T. Dylan Reeves

1

                                          Joseph V. Ronderos
                                          Attorneys For Nissan Motor Acceptance
                                          Corporation

**<u>OF COUNSEL:</u>**
McGlinchey Stafford
505 North 20th Street, Suite 800
Birmingham, AL  35203
(205) 725-6400 (telephone)
(205) 623-0810 (facsimile)
dreeves@mcglinchey.com
jronderos@mcglinchey.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to:

John C Hubbard
2015 First Avenue North
Birmingham, AL 35203
(P) 205-378-8121
(F) 205-690-4525
jch@jchubbardlaw.com


W Whitney Seals
Cochrun & Seals, LLC
PO Box 10448
Birmingham, AL 35202-0448
(P) 205-323-3900
(F) 205-323-3906
whitney@cochrunseals.com

                                      /s/T. Dylan Reeves
                                      OF COUNSEL